PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:  (530) 889-4044
Facsimile:   (530) 889-4069

Attorneys for Defendants PLACER COUNTY
and the PLACER COUNTY SHERIFF'S DEPARTMENT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD, LINDA K. CLIFFORD, individually with right of survivorship and in her capacity as the personal representative of THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD; MICHAEL HUTHMAN, individually with right of survivorship,<br><br>                Plaintiffs,<br>vs.<br><br>PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT, DEFENDANT OFFICER JOHN DOE, individually and in his official capacity as a police officer, DOES 2-50, Inclusive,<br><br>                Defendants. | Case No.  2:11-CV-02591-LKK-CKD<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

After meeting and conferring on December 5, 2011, counsel for the plaintiffs, Orestes Cross, and counsel for the defendants, Senior Deputy County Counsel, David K. Huskey, have agreed that a First Amended Complaint should be filed in this case. Therefore, counsel respectfully request that the Court order that the County's pending

1  motion to dismiss set for hearing on December 19, 2011 be taken off calendar, and that
2  plaintiffs have until December 27, 2011 to file a First Amended Complaint.  The County
3  shall then have until January 17, 2012 to file a responsive pleading.

5  Dated:  December 5, 2011                    PLACER COUNTY COUNSEL'S OFFICE

7                                              By:    /s/ DAVID K.HUSKEY
8                                                     DAVID K. HUSKEY

                                                      Attorneys for Defendants PLACER
                                                      COUNTY and the PLACER COUNTY
                                                      SHERIFF'S  DEPARTMENT

13  Dated: December 5, 2011                    WALSTON CROSS, P.C.

16                                             By:    /s/ ORESTES A. CROSS
17                                                    ORESTES A. CROSS

                                                      Attorney for Plaintiffs the ESTATE OF
                                                      ROBERT CLIFFORD, LINDA
                                                      CLIFFORD, individually with right of
                                                      survivorship and in her capacity as the
                                                      personal representative of the Estate of
                                                      Robert Clifford, Michael Huthman,
                                                      individually with right of  survivorship

2
Stipulation and [Proposed] Order

**ORDER**

In light of the above stipulation between counsel for the parties, and good cause being shown thereby, IT IS HEREBY ORDERED that the motion to dismiss set for hearing on December 19, 2011 shall be taken off calendar, that plaintiff will file a First Amended Complaint by December 27, 2011, and that the County of Placer shall file a responsive pleading to the First Amended Complaint by January 17, 2012.

Dated:  December 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT