PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants PLACER COUNTY
and the PLACER COUNTY SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD, LINDA K. CLIFFORD, individually with right of survivorship and in her capacity as the personal representative of THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD; MICHAEL HUTHMAN, individually with right of survivorship, <br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT, DEFENDANT OFFICER JOHN DOE, individually and in his official capacity as a police officer, DOES 2-50, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:11-CV-02591-LKK-CKD<br><br>**STIPULATION FOR PROTECTIVE ORDER RE DOCUMENTS DISCLOSED IN** *CLIFFORD v. PLACER COUNTY, ET AL.* |

## I.

## INTRODUCTION

The parties through their attorneys of record have agreed to the following protective order to govern the handling of the documents turned over from the Placer County Sheriff's

1  Dept. in the *Clifford v. Placer County* case referenced above.  The documents subject to the
2  protective order will hereinafter be referred to as "documents."

**II.**

**DOCUMENTS SUBJECT TO THE PROTECTIVE ORDER**

All documents must be Bates stamped, marked "subject to protective order," and marked "Clifford."  Counsel for defendants may decide what Placer County documents to designate as subject to the protective order, and shall have them marked as described above.

**III.**

**PROCEDURE FOR MODIFYING SCOPE OF THIS PROTECTIVE ORDER**

If plaintiffs' counsel wishes to modify the scope of this protective order, he must obtain the written agreement of defendants' counsel.  If defendants' counsel will not agree in writing to the request, then plaintiffs' counsel must bring a noticed motion to the magistrate assigned to hear discovery matters in this case.

**IV.**

**RESTRICTIONS IMPOSED BY THIS PROTECTIVE ORDER**

Plaintiffs' counsel, their law office staff and their experts may use and copy the documents subject to the protective order for purposes of the *Clifford v. Placer County* litigation, and for no other purpose.  While plaintiffs may view these documents at the discretion of their counsel, plaintiffs may not make, receive or keep copies of these documents.

If plaintiffs' counsel wishes for experts to receive a copy of the documents in question, he must have them sign an acknowledgement that they received a copy of the protective order and agree to abide by its terms before turning over the documents or copies thereof.  Plaintiffs' counsel will be responsible for keeping all such acknowledgements of the terms and conditions of the protective order until the conclusion of the case noted above.

All persons receiving documents pursuant to this protective order agree to return all copies of the documents to the counsel for defendants at the conclusion of this case.

1  I have read the foregoing protective order and agree to abide by its terms and
2  conditions.
3
4  Dated: _____            WALSTON CROSS, P.C.
5
6
7                                  By:    _____
8                                         ORESTES A. CROSS
9                                         Attorney for Plaintiffs the ESTATE OF
                                          ROBERT CLIFFORD, LINDA
10                                        CLIFFORD, individually with right of
                                          survivorship and in her capacity as the
11                                        personal representative of the Estate of
                                          Robert Clifford, Michael Huthman,
12                                        individually with right of survivorship
13
14
   Dated: March 2, 2012            PLACER COUNTY COUNSEL'S OFFICE
15
16
                                   By:    /s/ DAVID K. HUSKEY
17                                         _____
                                          DAVID K. HUSKEY
18
19                                        Attorneys for Defendants PLACER
                                          COUNTY and the PLACER COUNTY
20                                        SHERIFF'S DEPARTMENT
21
22
23
24
25
26
27
28

3

Stipulation for Protective Order

## ORDER

Having read and considered the foregoing stipulation for a protective order, and good cause appearing therefore, it is hereby ordered that the stipulation for a protective order will be enforced as an order of this court.

IT IS SO ORDERED.

Dated: March 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE