UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT CLIFFORD, et al., | No. 2:11-cv-2591 LKK CKD |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff noticed for hearing on March 19, 2014 a motion to compel peace officer personnel records. On February 26, 2014, the parties submitted a joint statement regarding the discovery dispute and set the motion for hearing on March 5, 2014. The parties seek earlier resolution of the matter in light of the motion for summary judgment currently set for hearing before the District Judge on March 17, 2014. Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing dates of March 5 and 19, 2014 are vacated.

2. No later than 12:00 p.m. on March 3, 2014, defendants shall submit to the chambers of the undersigned, for <u>in camera</u> review, the disciplinary actions identified in the privilege log (ECF

/////

/////

/////

No. 30-4 at p.2) as Orders of Discipline #C-570 and #D-348.  The matter will thereafter stand submitted.

Dated: 02/27/2014

/s/ Carolyn K. Delaney
U.S. Magistrate Judge