1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ESTATE OF ROBERT CLIFFORD, et      No. CIV. S-11-2591 LKK/CKD
     al.,
12
                  Plaintiffs,
13                                       **ORDER**
          v.
14
     PLACER COUNTY, et al.,
15
                  Defendants.
16

17

18       Defendants have moved to amend their Answer to the Second

19   Amended Complaint.  Plaintiff has filed a Statement of Non-

20   Opposition.  In addition, defendants have re-noticed their motion

21   for summary judgment to April 21, 2014.

22       Accordingly, the court orders as follows:

23       1.   The hearing on defendants' motion to amend, scheduled

24   for March 17, 2014, is **VACATED**;

25       2.   Defendants' motion to amend (ECF No. 20), is **GRANTED**,

26   and defendants shall file their amended answer (ECF No. 20-2)

27   within 10 days of this order; and

28       3.   The hearing on defendants' motion for summary judgment,

                                  1

1  originally scheduled for March 17, 2014, is **CONTINUED** to April

2  21, 2014.

3       IT IS SO ORDERED.

4       DATED:  February 28, 2014.

5

6

7

8  _____
   LAWRENCE K. KARLTON

9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28