UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT CLIFFORD, et al., | No. 2:11-cv-2591 LKK CKD |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion to compel production of peace officer personnel records. Defendants have submitted the entirety of the disputed personnel file for <u>in camera</u> review.[1]  Upon review of the documents and the joint statement, the court finds that the documents are unrelated to the excessive force claim at issue in this matter and disclosure is not reasonably calculated to lead to the discovery of admissible evidence.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF Nos. 22, 30) is denied.

Dated:  March 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 clifford-placer.icr.oah

---

[1] The submitted documents included Orders of Discipline #C-570 and #D-348 and related investigative reports.