UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ESTATE OF ROBERT CLIFFORD, et al., | No. CIV. S-11-2591 LKK/CKD |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| PLACER COUNTY, et al., | |
| Defendants. | |

Pending before the court in the above captioned case is defendants' motion for summary judgment, currently scheduled to be heard on April 21, 2014.  The court finds that it must continue the case to the next law and motion calendar.

Accordingly,

   1.  Defendants' summary judgment motion (ECF No. 21) is hereby **CONTINUED** to May 5, 2014 at 10:00 a.m.; and

   2.  The deadline for filing a reply to the motion is unchanged, at April 14, 2014, at 4:30 p.m.

IT IS SO ORDERED.

DATED: April 8, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1