UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ESTATE OF ROBERT CLIFFORD, et al., | No. CIV. S-11-2591 LKK/CKD |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| PLACER COUNTY, et al., | |
| Defendants. | |

On May 5, 2014, this matter came on for oral argument on defendants' motion for summary judgment (ECF No. 21). After oral argument, the decision of the United States Supreme Court in Tolan v. Cotton, ___ S.Ct.___, 2014 WL 1757856 (May 5, 2014), decided the same day, has come to the court's attention. Although it does not appear to affect resolution of this case, discretion is the better part of valor.

Good cause appearing, IT IS HEREBY ORDERED that the parties are granted fifteen (15) days from the date of this order in which to file supplemental briefs addressing the application, if any, of the decision in Tolan to the motion at bar.

DATED: May 6, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT