1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ESTATE OF ROBERT CLIFFORD, et        No. CIV. S-11-2591 LKK/CKD
     al.,
12
                Plaintiffs,
13                                         **ORDER**
        v.
14
     PLACER COUNTY, et al.,
15
                Defendants.
16

17        On May 5, 2014, this matter came on for oral argument on

18   defendants' motion for summary judgment (ECF No. 21).  After oral

19   argument, the decision of the United States Supreme Court in

20   Tolan v. Cotton, ____ S.Ct. ____, 2014 WL 1757856 (May 5, 2014),

21   came to the court's attention.  On May 7, 2014, the court issued

22   an order granting the parties ten days in which to file

23   supplemental briefs addressing the application, if any, of the

24   decision in Tolan to the motion at bar.

25        Defendants filed their supplemental brief on May 13, 2014.

26   On May 22, 2014, plaintiffs filed a supplemental brief

27   accompanied by two declarations.  On the same day, defendants

28   filed a response to plaintiffs' supplemental brief, and on May

                                    1

22, 2014, plaintiffs filed a response to defendants' response. Defendants object to the inclusion of the declarations and the briefing thereon, contending it exceeds the scope of the court's May 7, 2014 order and that said evidence could and therefore should have been filed with plaintiffs' opposition to the motion. Defendants request that the evidence and briefing thereon be stricken.  In the alternative, they seek an additional period in which to respond to plaintiffs' additional argument and evidence and to raise specific evidentiary objections thereto.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendants' request to strike the two declarations filed by plaintiffs on May 22, 2014 and the briefing thereon is denied; and

2.  Defendants are granted fifteen days from the date of this order in which to respond to plaintiffs' evidence and argument thereon.  Thereafter, defendants' motion for summary judgment will stand submitted and no further briefing shall be filed.

DATED:  May 23, 2014.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2