GREGORY S. WALSTON, State Bar No. 196776
CLARA L. PORTER, State Bar No. 298183
THE WALSTON LAW GROUP
A Professional Corporation
Four Charlton Court
San Francisco, California 94123
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFFS



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROBERT CLIFFORD, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT, DEFENDANT OFFICER JOHN DOE, in his individual and official capacity; DOES TWO through TWENTY inclusive,<br><br>            Defendants. | Case No. 2:11-CV-2591-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** |

   Plaintiff's counsel has a personal engagement that has unexpectedly come up, which requires him to be overseas at the time of the hearing on plaintiff's motion to amend the scheduling order, currently set for June 2, 2016. Accordingly, all parties, by and through their counsel, hereby stipulate as follows:

1   The hearing on plaintiff's motion to amend the scheduling order, presently calendared for
2   June 2, 2016 at 2:00 p.m., should be reset to June 16, 2016 at 2:00 p.m.

3   DATED: May 24, 2016                    THE WALSTON LAW GROUP

6                                          By:      /s/ Gregory S. Walston
                                                    Gregory S. Walston

                                           Attorneys for Plaintiffs ESTATE OF ROBERT
8                                          CLIFFORD, et al.

10  DATED: May 24, 2016                    PLACER COUNTY COUNSEL'S OFFICE

12                                         By:      /s/ David K. Huskey
13                                                  David K. Huskey

14                                         Attorneys for Defendant DEPUTY SHERIFF DAVID
                                           CLARK

17      I, Gregory S. Walston, am the ECF user whose identification and password are being used
18  to file this Stipulation. I hereby attest that the above signatory, David K. Huskey, has concurred in
19  this filing.

*Stipulation and Order*                                                        2:11-CV-2591-MCE

**ORDER**

Pursuant to the above stipulation, it is hereby ordered that:

1. The Parties' Stipulation is GRANTED;

2. The hearing on the Motion to Amend the Scheduling Order currently set for June 2, 2016, is VACATED and CONTINUED to June 16, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 25, 2016



MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

