1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | ESTATE OF ROBERT (BOBBY) S.
CLIFFORD, et al.,

No.  2:11-CV-02591-MCE-CKD

12
                    Plaintiffs,
13

**ORDER**

14                    v.

15 | PLACER COUNTY, et al.,

16                    Defendants.

17

18          Presently before the Court is a Motion to Amend Pretrial Order (ECF No. 76) filed

by the sole remaining Plaintiff, Linda K. Clifford.[1]  By way of that Motion, Plaintiff seeks
19
leave to substitute a new retained expert for an expert previously designated.  There is
20
currently an interlocutory appeal (ECF No. 72) in this case being considered, however,
21
by the Ninth Circuit, which divests this Court of jurisdiction to proceed to trial.  See
22
Chuman v. Wright, 960 F.2d 104, 105 (9th Cir. 1992) (holding that, absent the district
23
court's certification that an interlocutory appeal is frivolous or forfeited, "the district court
24
is automatically divested of jurisdiction to proceed with trial").  Regardless of whether this
25
Court nonetheless retains jurisdiction over pre-trial proceedings, a point the parties
26
dispute, it makes no practical sense, and would result in a waste of scarce resources, to
27

28          [1] Having determined that oral argument would not be of material assistance, the Court ordered this
Motion submitted on the briefing in accordance with Local Rule 230(g).

1

1   proceed with such matters here while a potentially dispositive appeal is pending.

2   Accordingly, Plaintiff's Motion (ECF No. 76) is DENIED without prejudice to refiling, if

3   appropriate, once the appellate court issues its mandate.  This case is STAYED until that

4   same time as well.  Finally, not later than ninety (90) days following the date this order is

5   electronically filed, and every ninety (90) days thereafter until the mandate issues, the

6   parties are directed to file joint status reports apprising this Court of the status of the

7   appeal.

8          IT IS SO ORDERED.

9   Dated:  June 13, 2016

10

11  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2