| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ. (S.B. 66415) |
|   |    Email: bkilday@akk-law.com |
| 2 | DERICK E. KONZ, ESQ., (S.B. 286902) |
|   |    Email: dkonz@akk-law.com |
| 3 | **ANGELO, KILDAY & KILDUFF, LLP** |
| 4 | Attorneys at Law |
|   | 601 University Avenue, Suite 150 |
| 5 | Sacramento, CA  95825 |
| 6 | Telephone: (916) 564-6100 |
|   | Telecopier: (916) 564-6263 |

Attorneys for Defendants PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT and DEPUTY SHERIFF DAVID CLARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD, LINDA K. CLIFFORD, individually with right of survivorship and in her capacity as the personal representative of THE ESTATE OF ROBERT (BOBBY) S. CLIFFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT, DEFENDANT DEPUTY SHERIFF DAVID CLARK, individually and in his official capacity as a police officer, <br><br> Defendants. | Case No.: 2:11-cv-02591-MCE-CKD <br><br> **STIPULATION AND REQUEST TO EXTEND TIME TO DEPOSE PLAINTIFF'S RETAINED EXPERT** |

All parties hereby stipulate to an extension to depose Plaintiff's retained expert, Dr. Firestone, until June 1, 2018.  Good cause appearing therefore, the parties respectfully request that the Court grant this extension.

///

///

---

-1-
STIPULATION AND REQUEST TO EXTEND TIME TO DEPOSE PLAINTIFF'S RETAINED EXPERT

**STATEMENT OF GOOD CAUSE**

On July 24, 2017, Plaintiff filed a motion to substitute expert witness Dr. Marc Firestone for their previously designated expert, Ronald Scott. (ECF No. 92.)

On February 6, 2018, the Court issued an Order that granted in part and denied in part this request. (ECF No. 100.) The Court held that Plaintiff could substitute Dr. Firestone for Mr. Scott as her retained expert, but that Dr. Firestone would be limited to expressing "'opinions and theories and the bases for those opinions and theories' as express in Mr. Scott's original report." (Id. at 4:4-6.) The Order gave Plaintiff thirty days to officially designate Dr. Firestone as her substituted expert. (Id. at 5:6-9.)

On March 8, 2018, Plaintiff filed an "Amended Rule 26(a)(2) Disclosure of Expert Testimony" that designated Dr. Firestone as her retained expert. (ECF No. 101.)

The Court's February 6, 2018 Order required that Defendants depose Dr. Firestone (if they chose to) within thirty (30) days after he was designated. (ECF No. 100 at 5:10-11.) Accordingly, based on Plaintiff's March 8, 2018 filing, this deadline became April 9, 2018.

On March 16, 2018, defense counsel contacted plaintiff's counsel to inquire about available dates and locations for Dr. Firestone's deposition. (Declaration of Derick E. Konz.) Plaintiff's counsel advised that due to Dr. Firestone's schedule he would not be available until the last week in April, at the earliest. (Id.) Counsel also discussed the potential for early resolution and agreed to speak with their clients about mediation. (Id.)

The parties hereby stipulate to, and respectfully request from the Court, an Order extending the time to depose Dr. Firestone until June 1, 2018. This will accommodate the schedule of Dr. Firestone and involved counsel and will also give the parties additional time to negotiate – which could ultimately result in a settlement without the need to spend money on Dr. Firestone's deposition. At the very least, it will give the parties time to fully explore this option before jumping into an expert deposition in Southern California where Dr. Firestone is located.

There is no trial date set, and accordingly, this extension will not require the Court to reset any other dates.

Good cause appearing, the parties hereby stipulate to, and respectfully request a Court Order extending the time to depose Dr. Firestone until June 1, 2018.

**SO STIPULATED.**

Dated: March 23, 2018
ANGELO, KILDAY & KILDUFF, LLP

　　　/s/ Derick E. Konz
By:_____
BRUCE A. KILDAY
DERICK E. KONZ
Attorneys for Defendants

Dated: March 23, 2018
THE WALSTON LAW GROUP

　　　/s/ Gregory S. Walston
　　　(as authorized on March 21, 2018)
By:_____
GREGORY S. WALSTON
Attorneys for Plaintiff

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the court hereby GRANTS the parties' foregoing stipulation to extend the time to depose Dr. Marc Firestone until June 1, 2018.

IT IS SO ORDERED.

Dated: March 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE