GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LAW GROUP
Four Charlton Court
San Francisco, California 94123
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE ESTATE OF ROBERT CLIFFORD, et al.,

Plaintiffs,

v.

PLACER COUNTY, the PLACER COUNTY SHERIFF'S DEPARTMENT, DEFENDANT OFFICER JOHN DOE, in his individual and official capacity; DOES TWO through TWENTY, inclusive,

Defendants.

Case No. CV-11-2591 MCE

**NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)(b); ORDER**

Plaintiff hereby voluntarily dismisses this action, with prejudice, pursuant to settlement.

Dated: March 13, 2019

Respectfully Submitted,

THE WALSTON LAW GROUP

By: Gregory S. Walston

ATTORNEYS FOR PLAINTIFF

- 1 -
*Notice of Dismissal*

**ORDER**

This matter is dismissed with prejudice under Rule 41(A)(1)(b) of the Federal Rules of Civil Procedure, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Notice of Dismissal*